**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
Michael H. Rosenstein (SBN 169091)
mhr@calattorneys.com
Sepehr Daghighian (SBN 239349)
sd@calattorneys.com
Erik K. Schmitt (SBN 314285)
eks@calattorneys.com
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Telephone:   (310) 872-2600
Facsimile:   (310) 730-7377

Attorneys for Plaintiffs,
**JOHN MATTHEW MONTENERO, JR.
AND KAREN LOUISE MONTENERO**

**MORGAN, LEWIS & BOCKIUS LLP**
Molly Moriarty Lane, Bar No. 149206
molly.lane@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

Attorneys for Defendant,
**BMW OF NORTH AMERICA, LLC**

**MORGAN, LEWIS & BOCKIUS LLP**
Lisa R. Weddle, Bar No. 259050
lisa.weddle@morganlewis.com
Behrouz S. Arani, Bar No. 304501
behrouz.shareghiarani@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendant,
**BMW OF NORTH AMERICA, LLC**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MATTHEW MONTENERO, JR., an individual, and KAREN LOUISE MONTENERO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-01106-SK<br><br>Assigned to U.S. Magistrate Judge Sallie Kim, Courtroom C<br><br>**[PROPOSED] JOINT VOIR DIRE QUESTIONS**<br><br>First Amended Complaint<br>Date Filed:  December 28, 2020<br>Trial:         October 5, 2021 |

Plaintiffs John Matthew Montenero, Jr. and Karen Louise Montenero ("**Plaintiffs**") and Defendant BMW of North America, LLC ("**Defendant**" or "**BMWNA**"), (collectively, the "**Parties**") submit these Joint Voir Dire Questions:

1. Do you know any of the parties to this action or their attorneys?
2. Do you know any of the witnesses (lay and expert)?
3. Do you have any knowledge about this case, other than what the Court has told you?
4. Where do you live? What education level have you achieved? What is your occupation? Who is your employer?
5. Do you have any legal training or experience?
6. Do you have any experience in the science or engineering fields?
7. Do you have any training or experience in customer service?
8. Are you married or have a significant other? If so, what does your spouse or significant other do? Who is his or her employer?
9. Do you have any children? If so, how old are they and what do they do?
10. How many of you have been on a jury before? If so, was the case civil or criminal and did it reach a verdict? Were you satisfied with that experience? Anything about that experience that you feel would make you unwilling or unable to sit on this jury?
11. Have any of you or your immediate family members ever filed a lawsuit or been named as a defendant in a lawsuit? If so, what were the facts of the case? What was the outcome? How did you feel about the legal system when the case was over? How do you feel about the legal system now?
12. Have any of you or your immediate family members ever worked in the automotive business? If so, please elaborate.

13. Have you ever done any "hands on" maintenance or repair of automobiles? If so, please describe.

14. What is the year, make and model of the automobile you currently drive? What is your average annual mileage on that vehicle? If you don't own a vehicle, have you ever driven an automobile?

15. Do you own more than one vehicle? If so, what other vehicles are in your household?

16. How would you rate your knowledge of automobiles and how they operate on a scale of 1-10? Why?

17. Some people generally buy or lease the same make or brand of vehicle. Are you such a person? If so, what brand have you generally bought or leased? Can you set aside your brand loyalty and judge this case based solely on the admitted evidence and the law as I instruct you? If not, please let me know.

18. Have any of you ever owned or leased a MINI vehicle? If so, how would you describe your experience? Can you set aside that personal experience and decide this case based on the evidence in this case alone?

19. Have any of you ever owned or leased a BMW vehicle? If so, how would you describe your experience? Can you set aside that personal experience and decide this case based on the evidence in this case alone?

20. Have any of you ever driven or been a passenger in the specific vehicle at issue in this case? If so, how would you describe your experience?

21. Have any of you ever had a warranty issue with a vehicle that was not fixed on the first attempt? Please elaborate.

22. Have any of you ever encountered significant warranty issues with a vehicle, appliance, or other expensive product that you purchased? Please elaborate? In spite of that experience, can you be fair to both sides?

23. Do any of you feel there are too many lawsuits being filed? Too few?

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 41411141.1

-3-
[PROPOSED] JOINT VOIR DIRE QUESTIONS

24. Do any of you think that just because a lawsuit has been filed, and the lawsuit has made it to this courtroom, and you have been asked to sit on a jury, that plaintiffs must be right and defendant must have done something wrong? Can you set aside that predisposition? If not, please let me know.

25. This case involves a dispute between individuals and a corporation. Corporations are made up of persons. They are entitled to equal treatment with individuals. Can you all treat both sides equally in this case? If not, please let me know.

26. Do you have any knowledge or experience with any of the parties, potential witnesses or other persons or companies that are involved in this case?

27. Is there anyone here who has any reason to be biased for or against BMW of North America, LLC? If so, why? If you have such a bias, can you set it aside and judge this case based solely on the admitted evidence and the law as I instruct you? If not, please let me know.

28. Is there anyone here who has any reason to be biased for or against Plaintiffs? If so, why? If you have such a bias, can you set it aside and judge this case based solely on the admitted evidence and the law as I instruct you? If not, please let me know.

29. Have any of you had what you considered to be a significant warranty problem with an automobile which you personally owned or leased? If so, what was the problem and how was it resolved? Were you satisfied with the outcome? Whatever the outcome, can you set aside that experience and judge this case based solely on the admitted evidence and the law as I instruct you? If not, please let me know.

30. Do any of you own a MINI?

31. Do any of you own a BMW?

32. Do any of you prefer to purchase vehicles as opposed to leasing vehicles?

33. How many of you follow the maintenance schedule recommended by your vehicle manufacturer?

34. Has anyone had a "check engine light" message? Please describe.

35. This case involves allegations under the Song-Beverly Consumer Warranty Act, sometimes referred to as the California Lemon Law. Do any of you have a preconceived notion of how the Song-Beverly Act works? I will instruct you at the end of this case that it is your duty to follow the jury instructions that I provide. Can you set aside any preconceived notion you might have of the Song-Beverly Act and promise to follow my instructions? If not, please let me know.

36. Have you or any of your immediate family members ever sought to have a motor vehicle repurchased under the law? If so, what was the reason for the repurchase request? What was the outcome? Whatever the outcome, this case will involve different facts and different issues. Can you judge this case solely on the admitted evidence and the law as I instruct you? If not, please let me know.

37. Plaintiffs have brought this action under the Song Beverly Consumer Warranty Act, sometimes known as the California Lemon Law. If the Plaintiffs prove that Defendant acted willfully in their denial of their rights, the Song-Beverly Act provides that you can award what is called a civil penalty to deter Defendant from similar acts in the future. Would you have a problem awarding the Plaintiffs a civil penalty in this law suit?

38. Do any of you have a problem with the concept of punitive damages or are unable to award punitive damages if they are warranted under the law?

39. People spend their spare time in different ways. Some people spend time pursuing some sort of "cause" to better society. Do any of you spend a

1  great deal of time, either at work or on your own time, pursing some sort
2  of cause?  Can you explain?

3  40. Because the plaintiffs have the burden of proof, they go first.  That means
4  that they will get to present all of their evidence before defendant gets to
5  present its case.  Can you wait until all of the evidence is presented and
6  not make up your mind before then?

7  41. In the American legal system, there is a concept of the "burden of proof."
8  That concept says the plaintiffs, the parties bringing the lawsuit, must
9  prove their case by a preponderance of the evidence. Under that concept,
10  at the end of the case, if you determine that plaintiffs have not met their
11  burden of proof on each element they must prove, can you promise that
12  you will return a verdict for defendant?  If not, please let me know.

13  42. The legal system asks you to make a logical decision, based solely on
14  the evidence and the law, and not appeals to emotion or sympathy.  Can
15  each of you decide this case based on the evidence, and not appeals to
16  emotion or sympathy?  If not, please let me know.

17  43. Do you know the Plaintiffs John Matthew Montenero, Jr. and/or Karen
18  Louise Montenero?

19  44. Do any of you have any biases against persons that do not speak English
20  fluently?  Do you feel that they are any less entitled to exercise their legal
21  rights in a court of law?  Will you hold it against the Plaintiff that his
22  English is less than perfect and he speaks through a translator?

Dated: August 20, 2021

**CALIFORNIA CONSUMER ATTORNEYS, P.C.**

By /s/ *Erik K. Schmitt*
Michael H. Rosenstein, Esq.
Sepehr Daghighian, Esq.
Erik K. Schmitt, Esq.

Attorneys for Plaintiffs:
John Matthew Montenero, Jr. and
Karen Louise Montenero

**MORGAN, LEWIS & BOCKIUS LLP**

By /s/ *Behrouz Shareghi Arani*
Molly Moriarty Lane
Lisa R. Weddle
Behrouz Shareghi Arani

Attorneys for Defendant:
BMW of North America, LLC