**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
Michael H. Rosenstein (SBN 169091)
mhr@calattorneys.com
Sepehr Daghighian (SBN 239349)
sd@calattorneys.com
Erik K. Schmitt (SBN 314285)
eks@calattorneys.com
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Telephone:     (310) 872-2600
Facsimile:     (310) 730-7377

Attorneys for Plaintiffs,
**JOHN MATTHEW MONTENERO, JR.
AND KAREN LOUISE MONTENERO**

**MORGAN, LEWIS & BOCKIUS LLP**
Molly Moriarty Lane, Bar No. 149206
molly.lane@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

Attorneys for Defendant,
**BMW OF NORTH AMERICA, LLC**

**MORGAN, LEWIS & BOCKIUS LLP**
Lisa R. Weddle, Bar No. 259050
lisa.weddle@morganlewis.com
Behrouz S. Arani, Bar No. 304501
behrouz.shareghiarani@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant,
**BMW OF NORTH AMERICA, LLC**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MATTHEW MONTENERO, JR., an individual, and KAREN LOUISE MONTENERO, an individual,<br><br>         Plaintiffs,<br><br>    vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.: 3:20-cv-01106-SK<br><br>Assigned to: Magistrate Judge Sallie Kim<br><br>**PLAINTIFFS' [PROPOSED] GENERAL VERDICT FORM**<br><br>First Amended Complaint<br>Date Filed: December 28, 2020<br>Trial:       October 5, 2021 |

For each claim, select one of the two options listed.

On John and Karen Montenero's claim for Violation of Song-Beverly Act – Breach of Express Warranty.

    _____ we find in favor of John and Karen Montenero and against BMW OF NORTH AMERICA, LLC.

    _____ we find in favor of BMW OF NORTH AMERICA, LLC and against John and Karen Montenero.

On John and Karen Montenero's claim for Violation of Song-Beverly Act – Breach of Implied Warranty.

    _____ we find in favor of John and Karen Montenero and against BMW OF NORTH AMERICA, LLC.

    _____ we find in favor of BMW OF NORTH AMERICA, LLC and against John and Karen Montenero.

Complete the section below only if you find in favor of John and Karen Montenero on at least one of their claims.

We award John and Karen Montenero the following damages: $_____.

Signed: _____
      Presiding Juror

Dated: _____

After this verdict form has been signed, notify the court attendant that you are ready to present your verdict in the courtroom.

PLAINTIFFS' PROPOSED GENERAL VERDICT FORM should be used because it provides a more simple, clean, and easier to understand verdict form for the jury to consider. Importantly, this leaves less room for juror error and any resulting appellate issues that may arise from such. In Plaintiffs' counsel's experience, a general verdict form has been preferred by federal courts in California.

In the event that the Court prefers to use a special verdict form, the Court should follow the questions set out in CACI VF-3203 and VF-3204, which have both been duly approved by the Judicial Council of California. The CACI verdict forms are widely accepted because there is less room for error upon an improper question being given. Notably, Defendant's proposed special verdict form contains several questions, for both Breach of Express Warranty and Breach of Implied Warranty, that are based on incorrect statements of the law, and obviously were not approved by the Judicial Council. As just one example, Defendant's question regarding the proper measure of damages for Breach of Implied Warranty is demonstrably incorrect, as more further set out in Plaintiff's response to Disputed Jury Instruction No. 55.

Therefore, using Defendant's proposed special verdict form would most likely result in

DATED: August 20, 2021
/s/ Erik K. Schmitt
Michael H. Rosenstein
Sepehr Daghighian
Erik K. Schmitt
Attorneys for Plaintiffs
JOHN MATTHEW MONTENERO, JR. and
KAREN LOUISE MONTENERO

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2021, I caused the foregoing document entitled **PLAINTIFFS' [PROPOSED] GENERAL VERDICT FORM** to be filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

_____/s/_ Erik K. Schmitt_____